appeal because the Director's evidence was uncontroverted. Where, as here, the trial court has made a specific finding that it did not believe the testimony of the Director's witness, we must defer to the trial court's credibility determination even if that testimony is uncontroverted. *Mathews v. Director of Revenue,* 8 S.W.3d 237, 238 (Mo.App. E.D.1999); *see also Hawk v. Director of Revenue,* 943 S.W.2d 18, 22 (Mo.App. S.D.1997); *Thurmond v. Director of Revenue,* 759 S.W.2d 898, 899 (Mo.App. E.D.1988).

We have reviewed the parties' briefs and the record on appeal, and no error of law appears. Deferring to the trial court's credibility determination and construing the evidence favorably to the judgment, we find that the judgment is supported by substantial evidence and is not against the weight of the evidence. An extended opinion would have no precedential value. We affirm the judgment under Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Leslie E. McNamara, Jefferson City, MO, for Respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, J., and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Andy J. Watson appeals the judgment entered pursuant to the jury's verdict finding him guilty of stealing, third offense. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however, provided the parties with a memorandum setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Andy J. WATSON, Appellant.**

**No. ED 84758.**

Missouri Court of Appeals, Eastern District, Division Four.

May 17, 2005.

Michelle M. Rivera, St. Louis, MO, for Appellant.

**Rex GILMORE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 84704.**

Missouri Court of Appeals, Eastern District, Division Four.

May 17, 2005.

Maleaner Harvey, St. Louis, MO, for Appellant.